**Travis HILL, Plaintiff–Appellant,**

v.

**Ronald ANGELONE, Director, Virginia Department of Corrections, Defendant–Appellee.**

No. 01–7643.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 15, 2002.

Decided Jan. 30, 2002.

**304**

■

■

Travis Hill, Appellant Pro Se. Michael Thomas Judge, Office of The Attorney General of Virginia, Richmond, Virginia, For Appellee.

Before WILLIAMS, MOTZ, and KING, Circuit Judges.

PER CURIAM.

Travis Hill seeks to appeal the district court's order denying his 28 U.S.C.A. § 2254 (West 1994 & Supp.2001) petition. We have reviewed the record and the district court's memorandum and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Hill v. Angelone*, No. CA–01–121–3 (E.D.Va. Sept. 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*